**FILED**

01/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0691

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No.: DA 23-0691

DETENTION OFFICERS,

      Plaintiffs/Appellants,

    vs.

MISSOULA COUNTY, a political subdivision
of the State of Montana,

      Defendants/Appellees.

## ORDER FOR EXTENSION OF TIME

UPON REVIEW OF APPELLANT'S MOTION FOR EXTENSION OF TIME, and good cause appearing therefore;

IT IS HEREBY ORDERED that Appellants shall file their opening brief on or before May 24, 2024.

DATED this ____ day of January, 2024.

For the Court

By: _____
                Justice

ORDER FOR EXTENSION OF TIME                   Page

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 22 2024